UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED 2010 FEB -4 PM 1:13
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE: ) CASE NO. 05-57935
)
FLATH, NOREEN ANN ) CHAPTER 7
)
Debtor (s) ) JUDGE MARILYN SHEA-STONUM

## TRANSMITTAL OF UNCLAIMED FUNDS

ROBERT S. THOMAS, II, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

| Claim No. | Name and Address | Claim Amount | Dividend Amount |
|---|---|---|---|
| #1 | Kaufmann's<br>PO Box 66955<br>St. Louis, MO 63166 | $533.82 | $36.45 |
| #8 | Midwest Verizon Wireless<br>404 Brock Dr.<br>Bloomington, IL 61701 | $568.30 | $38.80 |

75.25
Ck # 113
Receipt # 81252

2. My Trustee's check for $75.25 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: February 3, 2010

ROBERT S. THOMAS, II
Trustee in Bankruptcy

05-57935-mss    Doc 35    FILED 02/04/10    ENTERED 02/04/10 13:59:07    Page 1 of 1